IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 24-70139 |
| | DATED: June 24, 2024 |
| DANNY JASON MARTINEZ, III | ATTORNEY: MONTE J WHITE |

## NOTICE CONTINUING 341 MEETING

Scheduled 341 Date: June 18, 2024    Time: 9:30 am

**The Section 341 Meeting is continued to:**

**341 Continued Date:** July 05, 2024
**341 Continued Time:** 1:30 pm

Connect by using the following link: **https://us02web.zoom.us/j/9826686440?pwd=QnE3bm9XUStCWkkwVkdyN1RnRUZhUT09**
or you may go to **www.zoom.us/join** and use **Meeting Id: 9826686440 and Passcode: 8559567260**
Parties other than debtor or debtor attorney may elect to use the following phone number to connect to the meeting:
**1(806)545-4327** and use **Passcode: 8559567260**


Reason for Continuance: Noted in the Trustee's Report filed separately.


 /s/ Katherine L. Davis
Katherine L. Davis
Chapter 13 Trustee
Marc McBeath, Bar # 13328600
Staff Attorney


DANNY JASON MARTINEZ, III
2403 KINGS HWY
WICHITA FALLS, TX  76301